**E-Filed 5/10/07**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| LINFENG MEI, et al., | Case Number C 07-1499 JF (PVT) |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| GERARD HEINAUER, Director, Citizenship and Immigration Services, Nebraska Service Center, et al., | |
| Defendants. | |

Plaintiffs Linfeng Mei and Pingyan Zhang allege that Defendants have failed to process their I-485 applications in a timely manner, apparently as a result of delays in obtaining a completed background check clearances from the Federal Bureau of Investigation. Plaintiffs request that this Court enter an order compelling defendants to act upon their application.

Good cause appearing, IT IS HEREBY ORDERED as follows:

(1) The Clerk of the Court shall serve a copy of the complaint and a copy of this Order upon counsel for Defendants, the Office of the United States Attorney. The Clerk of the Court also shall serve a copy of this Order upon Plaintiff.

1  (2)  Defendants shall, within sixty (60) days after receiving service of the complaint, show cause in writing why the relief prayed for should not be granted.

3  (3)  Plaintiff may file a response to Defendants' filing within twenty (20) days after receipt of such filing.

5  (4)  Unless otherwise ordered by the Court, the matter will be deemed submitted upon the filing of the response or upon the expiration of time to file a response.

IT IS SO ORDERED.

DATED: 5/10/07

_____
JEREMY FOGEL
United States District Judge

Case No. C 07-1499 JF (PVT)
ORDER TO SHOW CAUSE
JFLC2

1  Copies of Order served on the following persons:

3  Counsel for Plaintiffs:

4  Harry Lewis    hlewis@cornerlaw.com

6  Counsel for Defendants:

7  Office of the United States Attorney
   150 Almaden Blvd., Suite 900
8  San Jose, CA 95113

3

Case No. C 07-1499 JF (PVT)
ORDER TO SHOW CAUSE
JFLC2