**\*\*E-filed 6/14/07\*\***

SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINFENG MEI,<br>PINGYAN ZHANG<br><br>            Plaintiffs<br><br>        v.<br><br>GERALD HEINAUER, Director, Citizenship<br>and Immigration Services, Nebraska Service<br>Center, et al.,<br><br>            Defendants. | No. C 07-1499-JF<br><br>**STIPULATION TO EXTEND DATE OF CASE MANAGEMENT STATEMENT; AND ~~PROPOSED~~ ORDER** |

The plaintiffs, by and through their attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to a thirty-day extension of the case management conference, which is currently scheduled for June 15, 2007, at 10:30 a.m., in light of the following:

(1) The plaintiffs filed Form I-485 applications to adjust status to lawful permanent resident with the United States Citizenship and Immigration Services (USCIS) on or about August 11, 2003, and October 4, 2004, respectively.

(2) The USCIS has not yet adjudicated the Form I-485 applications.

(3) The plaintiffs filed an action on March 15, 2007, seeking an order from this Court

STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE
C07-1499-JF                                    1

1 directing USCIS to adjudicate their Form I-485 applications.

2    (4)   The defendants have filed an answer, and the parties have filed a joint case management
3 statement.

4    (5)   The case management conference is scheduled for June 15, 2007, at 10:30 a.m.

5    (6)   The parties believe there is a reasonable probability that this case may become moot within
6 the next thirty days.

7    (7)   Accordingly, in the interest of judicial economy, the parties jointly ask this Court to
8 extend the date of the case management conference by thirty days.

9    (8)   If this case becomes moot within the next thirty days, the parties will promptly file a
10 stipulation to dismiss the action.

12 Dated:  June 11, 2007

/s/
HARRY G. LEWIS
Cornerstone Law Group
Attorney for Plaintiffs

17 Dated:   June 11, 2007

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

**ORDER**

21    Pursuant to the parties stipulation, IT IS SO ORDERED.

23 Dated:  June  14 , 2007

JEREMY FOGEL
United States District Judge

STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE
C07-1499-JF                                                         2