**E-filed 6/26/07**

SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINFENG MEI,<br>PINGYAN ZHANG,<br><br>           Plaintiffs,<br><br>           v.<br><br>GERARD HEINAUER, Director, Citizenship and Immigration Services, Nebraska Service Center; ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILIO T. GONZALES, Director, United States Citizenship and Immigration Services; ROBERT S. MULLER, III, Director of the Federal Bureau of Investigation;<br><br>           Defendants. | No. C 07-1499 JF<br><br>**STIPULATION TO DISMISS; AND [~~PROPOSED~~] ORDER** |

    Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiffs' adjustment of status applications (Form I-485).

    Each of the parties shall bear their own costs and fees.

///

Stipulation to Dismiss
C 07-1499 JF

1 | Dated: June 21, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

7 | Dated: June 21, 2007

HARRY G. LEWIS
CHRISTINA S. PARK
Attorneys for Plaintiffs

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

13 | Dated: 6/25/07

JEREMY FOGEL
United States District Judge

Stipulation to Dismiss
C 07-1499 JF